AO 451 (Rev. 01/09, MD 6/09)  Clerk's Certification of a Judgment to be Registered in Another District

**FILED**

# UNITED STATES DISTRICT COURT
### for the

### District of Maryland

**JAN - 8 2014**

**Clerk, U.S. District and Bankruptcy Courts**

|  |  |  |
|---|---|---|
| Penny D. Bemisderfer-Ball | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case: 1:14-mc-00021 |
| Gerald P. Batipps | ) | Assigned To : Unassigned |
| *Defendant* | ) | Assign. Date : 1/8/2014 |
|  | ) | Description: Miscellaneous |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   November 20, 2003      .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:   January 8, 2014

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PENNY D. BEMISDEFER-BALL, | * | |
| | * | |
| Plaintiff | * | |
| | * | Civil No. PJM 02-130 |
| v. | * | |
| | * | |
| GERALD P. BATIPPS, et al., | * | |
| | * | |
| Defendant(s) | * | |

## <u>AMENDED FINAL ORDER OF JUDGMENT</u>

This action came on for a non-jury trial before the Court. The issues having been duly tried and the Court having dismissed all other causes of action, it is, this day 19th of November, 2003,

ORDERED:

1)   The Court finds in favor of Plaintiff Penny Bemisderfer-Ball and against Defendants Gerald P. Batipps and Gerald P. Batipps, M.D., P.C. on Count I (Hostile Work Environment) of Plaintiff's Complaint;

2)   The Court finds in favor of Defendants and against Plaintiff on Counts II (Defamation, False Light and Slander) and III (Retaliation in violation of the D.C. Human Rights Act);

3)   The Court DISMISSES Count IV (Nondischargeability) without prejudice.

4) Judgment is entered in favor of Plaintiff Bemisderfer-Ball and against Defendants Gerald P. Batipps and Gerald P. Batipps, M.D., P.C., jointly and severally in the amount of $79,833.00, which represents $19,833.00 in back wages, $30,000.00 in compensatory damages and $30,000.00 in punitive damages;

5) Plaintiff Bemisderfer-Ball is awarded Attorney's Fees in the sum of $66,231.18 and costs in the amount of $1859.03 over and above the amount of the judgment herein; and

6) The Clerk shall CLOSE this case.


_____/s/_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

I hereby attest and certify on 1/8/14
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By_____ Deputy